AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 25-mj-1352 |
| ALEXANDER STRAUB | |
| *Defendant* | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 30, 2025, in the Western District of New York, the defendant, ALEXANDER STRAUB, an alien, did knowingly enter the United States at a time or place other than as designated by Immigration Officers for entry into the United States, in violation of Title 8, United States Code, Section 1325(a)(1).

**In violation of Title 8, United States Code, Section 1325(a)(1).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

RYAN A. KWIATKOWSKI
PATROL AGENT
U.S. BORDER PATROL
*Printed name and title*

Sworn to before me and signed telephonically.

*Judge's signature*

Date: September 4, 2025

City and State: Buffalo, New York

HONORABLE JEREMIAH J. MCCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK         )
COUNTY OF NIAGARA         )    SS:
CITY OF NIAGARA FALLS     )

I, **RYAN A. KWIATKOWSKI**, being duly sworn, deposes and states:

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Niagara Falls, New York. I have been employed as a Border Patrol Agent for fourteen (14) years. In such capacity, my official duties include investigating persons who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to Unauthorized entry in the United States, in violation of Title 8, United States Code, Section 1325(a)(1).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to affect arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Sections 1325(a)(1).

3. I make this affidavit in support of a criminal complaint charging **ALEXANDER STRAUB** (hereinafter "the defendant"), born in 1998, an alien and a national and citizen of Canada, with entering the United States at a time or place not designated as a port of entry, in violation of Title 8, United States Code, Section 1325(a)(1).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of official records, and upon information provided to me by other U.S. Border Patrol Agents and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Section 1325(a)(1).

5. On or about August 30, 2025, at approximately 11:30 p.m., Buffalo Sector Integrated Border Communication Center (IBCC) advised Niagara Falls Border Patrol Agents that the Lewiston Police Department was requesting assistance with a subject that they had encountered near a residence in Lewiston, NY. Agents responded to assist. Agents identified themselves as a United States Border Patrol Agents and attempted to identify the subject that the Lewiston Police Department had encountered. The Agents were able to locate an Ontario, Canada driver's license in the defendant's possession. The biographical information from the driver's license was given to the IBCC and it was determined the defendant was in the country illegally. The defendant indicated he was also not in possession of any immigration documents allowing him to be lawfully present in the United States. Agents took the defendant into custody. The subject was interviewed at the Niagara Falls Border Patrol station by Border Patrol Intelligence Agents. During this interview the subject stated that he intended to cross into the United States.

6. As a part of processing, an electronic scan of the defendant's fingerprints into the Integrated Automated Fingerprint Identification System (IAFIS) to verify his identity and any immigration history he may have in the United States. The checks showed that the defendant was given an alien registration number of A244939815.

7. Immigration database checks associated with alien number A244939815 revealed that the defendant had attempted to enter the United States at the Rainbow Bridge in Niagara Falls on August 25, 2025, and on August 26, 2025, and was denied entry both times.

8. Record checks failed to disclose any record that the defendant had applied for or received the requisite permission to enter the United States from the Attorney General or the Secretary of Homeland Security.

9. Based upon the foregoing, your affiant respectfully submits that there is probable cause to believe that **ALEXANDER STRAUB** did enter the United States at a time or place not designated as a port of entry on August 30, 2025, all in violation of Title 8, United States Code, Section 1325(a)(1).

_____
RYAN A. KWIATKOWSKI
Patrol Agent
United States Border Patrol

Sworn to and signed telephonically before
me on this 4th day of September 2025.

_____
HONORABLE JEREMIAH J. McCARTHY
United States Magistrate Judge